# PLACE & ARNOLD

ATTORNEYS AT LAW
27 Pleasant Street
Fairport, New York 14450
(585) 425-1060
FAX (585) 223-3252
TTY (585) 425-8851

ROBERT M. PLACE
MICHAEL H. ARNOLD

DEBBIE THESING, *Paralegal*
MICHELLE M. MAYER, *Paralegal*

#7519
9/14/10
$2.94

September 10, 2010

Clerk, United States Bankruptcy Court
Federal Building
100 State Street
Rochester, NY 14614


FILED
SEP 14 2010
BANKRUPTCY COURT
ROCHESTER, NY

    Re: Ricky & Margaret Smith
        Chapter 7 Case No. 08-20159

To the Clerk of the Court:

    Enclosed please find one check in the amount of $ 2.94 representing the following dividend payment(s) under $5.00, which amounts are required to be paid into the Court:

| Claim No. | Claimant | Dividend Pymt. |
|---|---|---|
| 8 | Thomas W. Reed, II | $ 2.94 |

    If you have any further questions, please feel free to call.

Very truly yours,

Michael H. Arnold
Chapter 7 Trustee

enc.
MHA/ss